No. 00–5877. HAYNES v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 00–5882. COUCH v. BOONE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–5885. DEREYNA v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 00–5901. ABU MEZER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5903. SAUCEDO CALDERON v. DUGAN. C. A. 9th Cir. Certiorari denied.

No. 00–5908. PATTERSON v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5913. CERTAIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5914. CAPORASSO v. FRENCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5917. FOWLER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–5918. FOWLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5925. MOON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5928. ALLEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5933. CONINE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00–5951. RAMOS-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.